**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **THE NETHERLANDS INSURANCE COMPANY, as Subrogee of Elemental Surf and Skate Shop**<br>Plaintiff<br>v.<br>**ATLANTIC GRILLE, INC, et al.**<br>Defendants | **CIVIL ACTION NO.:**<br>CA 05 495T |

**PLAINTIFF'S RULE 7.1 DISCLOSURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff submits the following disclosures:

1. Plaintiff is a non-governmental corporate party.

2. Plaintiff is a subsidiary of Liberty Mutual Holding Company, Inc., a privately held corporation.

Plaintiff,

The Netherlands Insurance Company, as Subrogee of Elemental Surf and Skate Shop

By its Attorneys,

BY: ____________________

Marco P. Urias, Esquire
ROBERTS, CARROLL, FELDSTEIN & PEIRCE, INCORPORATED
Ten Weybosset Street – 8th Floor
Providence, RI 02903
Tel.: 401-521-7000
Fax: 401-521-1328

OF COUNSEL
Daniel J. Luccaro, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
215-665-6968