THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DEC 2 3 2005
RECEIVED
JAN 03 2006
Property of U.S. District Court
District of Rhode Island

THE NETHERLANDS INSURANCE COMPANY
As subrogee of the Elemental Surf and Skate Shop
62 Maple Avenue
Keene, NH 03431

Plaintiff

VS.

C.A.NO.: 05-495.T

ATLANTIC GRILLE, INC
91 Aquidneck Avenue
Middletown, RI 02842

And

ROBERT SANCHES, as Trustee of Alice Sanches
45 Hillside Avenue
Newport, CT 02840

Defendants

## LATE ENTRY STIPULATION

Now comes the parties in the above-captioned action and state that the Defendant, Atlantic Grille, may have up to and including January 09, 2006 to answer Plaintiff's Complaint.

Respectfully Submitted,

Defendant,
By their attorneys,

Ronald Langlois, Esquire # 2891
SMITH & BRINK, P.C.
One State Street, Suite 400
Providence, RI 02903
Tel: (401) 351-9970
Fax: (401) 274-6218

ENTER Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge

DATE 1/9/06

Assented to:

Marco R. Urbati, Esquire
Robert, Carroll, Feldstein & Peirce Inc.
Ten Weybosset Street, 8th Floor
Providence, RI 02903

Dated: December 22, 2005