THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE NETHERLANDS INSURANCE COMPANY
As subrogee of the Elemental Surf and Skate Shop
62 Maple Avenue
Keene, NH 03431

Plaintiff

VS. C.A.NO.: 05-495.T

ATLANTIC GRILLE, INC
91 Aquidneck Avenue
Middletown, RI 02842

And

ROBERT SANCHES, as Trustee of Alice Sanches
45 Hillside Avenue
Newport, CT 02840

**ENTRY OF APPEARANCE**

Now comes Ronald Langlois, Esquire, and hereby enters his appearance on behalf of Defendant, Atlantic Grille, Inc., in the above-entitled matter.

Defendant,
Atlantic Grille, Inc.,
By its attorney,

Ronald Langlois, Esq. # 2891
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970
Fax: (401) 274-6218

**CERTIFICATION**

Marco Uriati, Esquire
Roberts, Carroll, Feldstein & Pierce, Inc.
Ten Weybosset St, 8th Floor
Providence, RI 02903

Daniel Luccaro, Esquire
Cozen & O'Connor
1900 Market Street
Philadelphia, PA 19103

I hereby certify that I mailed a true copy of the within to the above-listed attorney(s) on the 9 day of January, 2006.

Dana Palang