THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE NETHERLANDS INSURANCE COMPANY
As subrogee of the Elemental Surf and Skate Shop
62 Maple Avenue
Keene, NH 03431

Plaintiff

VS. C.A.NO.: 05-495.T

ATLANTIC GRILLE, INC
91 Aquidneck Avenue
Middletown, RI 02842
And

ROBERT SANCHES, as Trustee of Alice Sanches
45 Hillside Avenue
Newport, CT 02840

Defendants

**DEFENDANT, ATLANTIC GRILLE, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT**

The Defendant, Atlantic Grille, Inc. hereby denies each and every allegation set forth herein except as stated below:

**THE PARTIES**

1. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph one (1), and calls upon the Plaintiff to prove the same.

2. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph two (2), and calls upon the Plaintiff to prove the same.

3. The allegations of paragraph three (3) are admitted.

4. The allegations of paragraph four (4) are admitted.

**JURISDICTION AND VENUE**

5. The allegations of paragraph five (5), can neither be admitted nor denied as they state conclusions of law rather than factual assertions.

6. The allegations of paragraph six (6), can neither be admitted nor denied as they state conclusions of law rather than factual assertions.

## FACTS

7. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph seven (7), and calls upon the Plaintiff to prove the same.

8. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph eight (8), and calls upon the Plaintiff to prove the same.

9. The allegations of paragraph nine (9) are admitted.

10. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph ten (10), and calls upon the Plaintiff to prove the same.

11. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph eleven (11), and calls upon the Plaintiff to prove the same.

12. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph twelve (12), and calls upon the Plaintiff to prove the same.

13. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph thirteen (13), and calls upon the Plaintiff to prove the same.

14. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph fourteen (14), and calls upon the Plaintiff to prove the same.

15. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph fifteen (15), and calls upon the Plaintiff to prove the same.

16. The allegations of paragraph sixteen (16), can neither be admitted nor denied as they state conclusions of law rather than factual assertions.

**COUNT I; PLAINTIFF V. DEFENDANT, ATLANTIC GRILLE NEGLIGENCE**

17. The Defendant realleges and incorporates its answers to paragraphs one (1) through sixteen (16) of this Answer.

18. The allegations of Count I, paragraph eighteen (18) are denied.

19. The allegations of Count I, paragraph nineteen (19) are denied.

WHEREFORE, the Defendant demands that the Plaintiff's Complaint be denied and dismissed and the Defendant be awarded its costs and attorneys' fees.

**COUNT II; PLAINTIFF V. DEFENDANT SANCHES NEGLIGENCE**

20. The Defendant realleges and incorporates its answers to paragraphs one (1) through nineteen (19) of this Answer.

21. The Defendant Atlantic Grille, Inc. states that Count II, paragraph twenty-one (21) of the plaintiff's complaint contains factual allegations against the defendant Robert Sanches, and therefore, no response to said paragraph is required. Insofar as Count I, paragraph twenty-one (21) may be construed to contain factual allegations against the defendant, Atlantic Grille, Inc., the same are denied.

22. The Defendant Atlantic Grille, Inc. states that Count II, paragraph twenty-two (22) of the plaintiff's complaint contains factual allegations against the defendant Robert Sanches, and therefore, no response to said paragraph is required. Insofar as Count I, paragraph twenty-two (22) may be construed to contain factual allegations against the defendant, Atlantic Grille, Inc., the same are denied.

WHEREFORE, the Defendant demands that the Plaintiff's Complaint be denied and dismissed and the Defendant be awarded its costs and attorneys' fees.

**AFFIRMATIVE DEFENSES**

**First Affirmative Defense**

The claims arising out of the subject matter of the transactions and occurrences alleged are barred by an absence of legal responsibility on the part of the Defendant.

**Second Affirmative Defense**

The claims arising out of the subject matter of the transactions and occurrences alleged were the result of the acts or omissions of a third party for whose conduct the Defendant is not legally responsible.

Defendant,
Atlantic Grille, Inc.
By its attorneys,

Ronald Langlois, Esq. #2891
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970
Fax: (401) 274-6218

CERTIFICATION

Marco Uriati, Esquire
Roberts, Carroll, Feldstein & Pierce, Inc.
Ten Weybosset St, 8th Floor
Providence, RI 02903

Daniel Luccaro, Esquire
Cozen & O'Connor
1900 Market Street
Philadelphia, PA 19103

I hereby certify that I mailed a true copy of the within to the above-listed attorney(s) on the 9 day of January, 2006.