# United States District Court

DISTRICT OF Rhode Island

The Netherlands Insurance Company,
as Subrogee of Elemental Surf and
Skate Shop

V.

Atlantic Grille, Inc., et al.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 05-

CA 05 495T

TO: (Name and Address of Defendant)

Robert Sanches, as Trustee of Alice Sanches
45 Hillside Avenue
Newport, RI 02840 847-9017

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Marco P. Uriati, Esquire, #5561
Roberts, Carroll, Feldstein & Peirce
Ten Weybosset Street
Providence, RI 02903
(401) 521-7000

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Paulette J. Duke
Chief Deputy Clerk

CLERK

DATE 11-29-05

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 1/2/06 UNITED STATES DISTRICT COURT Federal Process Server |
|---|---|
| NAME OF SERVER (PRINT) | TITLE Micheal H. Arnold |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Robert Sanchez, as Trustee of Alicia Sanchez [illegible]

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/2/06
*Date*

[signature]
*Signature of Server*

17 [illegible] Terrace [illegible], RI 02840
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.