**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| THE NETHERLANDS INSURANCE COMPANY, as Subrogee of Elemental Surf and Skate Shop<br><br>Plaintiff<br><br>v.<br><br>ATLANTIC GRILLE, INC., et al.<br>Defendants | Civil Action 05-495T |

**MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE**

Plaintiff, The Netherlands Insurance Company ("Netherlands"), hereby moves that Daniel J. Luccaro be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Netherlands Insurance Company,

By: ______________________
Marco R. Uriati, Esquire
Bar ID No.: 5561
Roberts, Carroll, Feldstein & Peirce
Ten Weybosset Street – 8th Floor
Providence, RI 02903

Dated: February 14, 2006

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

1. I am a member in good standing of the bars of the Commonwealth of Pennsylvania and the State of New Jersey and of the following Federal District Court and/or Court of Appeals Bar(s): Eastern District of Pennsylvania, District of New Jersey, Second Circuit Court of Appeals and Fourth Circuit Court of Appeals, and my eligibility to practice before those courts has not been restricted in any way.

2. I have never been disciplined or sanctioned by any court or other body having disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

3. I have never been convicted of any crime other than minor traffic offenses.

4. I have not been admitted or applied to be admitted *pro hac* vice in any case in this District during the past 12 months.

5. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the proceeding questions.

6. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

7. For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Daniel J. Luccaro, Esquire
PA Bar# 89247, NJ Bar# 019662002
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
215-665-6968 (phone)
215-701-2368 (fax)

---

I certify that I have read and join in the foregoing motion and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Marco P. Uriati, Esquire
R. I. Bar ID # 5561
Roberts, Carroll, Feldstein & Peirce
Ten Weybosset Street – 8th Floor
Providence, RI 02903
401-521-7000 (phone)
401-521-1328 (fax)

---

**ORDER**

This motion is hereby ______________

______________________________
Ernest C. Torres
United States District Judge

Date:______________

**CERTIFICATE OF MAILING**

I, Marco Uriati, hereby state that on this 14th day of February, 2006, I served a copy of the foregoing, via U.S. mail, postage prepaid to following counsel of record:

Ronald Langlois, Esquire
Smith & Brink
One State Street, Suite 400
Providence, R.I. 02908

Benjamin Pushner, Esquire
Law Office of Pamela Storm
10 Post Office Square, Suite 1155
Boston, Massachusetts 02109

Marco Uriati, Esquire