RECEIVED
JUN 14 2006
Property of U.S. District Court
District of Rhode Island

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE NETHERLANDS INSURANCE COMPANY,
as Subrogee of Elemental Surf and Skate Shop
Plaintiff

v.

ATLANTIC GRILLE, INC., et al.
Defendants

Civil Action 05-495T

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel that this matter is amicably settled and that plaintiff's Complaint in the above-captioned matter is dismissed without prejudice and without cost.

Respectfully submitted,

Netherlands Insurance Company,

By:__________
Marco P. Urciati, Esquire
Roberts, Carroll, Feldstein & Peirce
Ten Weybosset Street – 8th Floor
Providence, RI 02903
Tel.: 401-521-7000
Fax: 401-521-1328
Local Counsel for Plaintiff

By:__________
Daniel J. Luccaro, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Tel: 215-665-6968
Fax: 215-701-2368
Trial Counsel for Plaintiff

Robert Sanches, as Trustee of Alice Sanches

By:__________
Benjamin A. Pushner, Esquire
Law Office of Pamela Storm
10 Post Office Square, Suite 1155
Boston, MA 02109
Tel.: 617 556-0200
Fax: 617 482-2643
Counsel for Defendant

Atlantic Grille, Inc.

By:__________
Ronald Langlois, Esquire
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02098
Tel: 401-351-9970
Fax: 401-274-6218
Counsel for Defendant

ENTER:

Ernest C. Torres, Chief Judge
6/16/06